# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 2:21-030 |
| | ) | |
| ZELDA GOODBREAD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on Defendant's motion to dismiss the charge against her. Dkt. No. 121. The United States does not oppose the motion. After careful consideration, the motion is **GRANTED**.

**SO ORDERED** this _15_ day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA